Ronald B. TALMAGE; Annette C. Talmage, Petitioners–Appellants,

v.

COMMISSIONER of INTERNAL REVENUE, Respondent–Appellee.

No. 08–73152.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2010.*

Filed Aug. 6, 2010.

Per C. Olson, Hoevet Boise & Olson PC, Portland, OR, for Petitioners–Appellants.

* The panel unanimously concludes this case is suitable without oral argument. *See* Fed. R. App. P. 34(a)(2).

Richard T. Morrison, Esquire, Anthony T. Sheehan, Esquire, Steven W. Parks, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General DOJ—U.S. Department of Justice, Robert R. DiTrolio, Esquire, Clerk, U.S. Tax Court, Donald L. Korb, Esquire, Acting Chief Counsel, Washington, DC, for Respondent–Appellee.

Before: PREGERSON, WARDLAW and RAWLINSON, Circuit Judges.

MEMORANDUM **

Ronald and Annette Talmage appeal a Tax Court decision in favor of the Commissioner. We have jurisdiction under 26 U.S.C. § 7482. Having reviewed the tax court's findings of fact for clear error, *LOAD, Inc. v. Comm'r,* 559 F.3d 909, 911 (9th Cir.2009), we affirm for the reasons stated by Judge Harry Haines in *T.C. Memo.* 2008–34 (Feb. 19, 2008).

AFFIRMED.

** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36–3.